In the Matter of ADAMS ENGINEER-
ING CO., Inc., et al., Bankrupt.

The MASTAN COMPANY, Incorporated,
Appellant,

v.

J. A. SWEENY and Eugene J. Lux, Trus-
tees in Reorganization, et al.,
Appellees.

No. 26948.

United States Court of Appeals,
Fifth Circuit.

Feb. 2, 1970.

Richard P. Kenney, Williams, Salomon
& Kenney, Miami, Fla., Krause, Hirsch
& Gross, New York City, for appellant.

Irving Hartman, John H. Gunn, Gunn
& Venney, Ralph M. Cooper, Irving M.
Wolff, William A. Meadows, Jr., U. S.
Atty., Lavinia Redd, Asst. U. S. Atty.,
Miami, Fla., for appellees.

Before JOHN R. BROWN, Chief
Judge, DYER, Circuit Judge, and
MEHRTENS, District Judge.

PER CURIAM:

In the circumstances revealed in this
record, the District Judge was warranted
in concluding that the so-called interim
allowances for fees to the Chapter X
trustees and counsel were intended as

1

**2**

final payment for services performed up to the dates prescribed. As to them, none constituted "unpaid costs and expenses" under § 64(a) (1). The Court's action in refusing to require a partial refund was quite acceptable.

Affirmed.